# UNITED STATES DISTRICT COURT

## Western District of Missouri

JUDGMENT IN A CIVIL CASE

RAYMOND L. ANDERSON

    v.

JO ANNE B. BARNHART

                          Case Number: 04-1074-CV-W-WAK

\_\_      **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**X**      **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED THAT:** that the decision of the Commissioner is reversed and the case is remanded tot the Commissioner under Sentence 4, 42 U.S.C. §405(g) for an award of benefits.

ENTERED ON: July 14, 2005

                                   Patricia L. Brune_____
                                   Clerk
                                   By J. Price
      `                             Deputy Clerk